UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00367-CMA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Applicant,

v.

PROJARIS MANAGEMENT, LLC.

        Respondent.

---

## [PROPOSED] ORDER COMPELLING COMPLIANCE WITH ADMINISTRATIVE SUBPOENA

---

The United States Securities and Exchange Commission having filed an Application pursuant to Section 21(c) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u(c)], for an Order Compelling Compliance with Administrative Subpoena against Projaris Management, LLC ("Projaris"), the Court having considered the Application and documents filed in support thereof, the Court having jurisdiction over the parties and the subject matter hereof, and being fully advised in the matter, good cause having been shown, and there being no just cause for delay:

IT IS HEREBY ORDERED that the Commission's Application for an Order Compelling Compliance with Administrative Subpoena is hereby GRANTED; and

IT IS FURTHER ORDERED that Projaris shall produce to the Commission staff on or before April 8, 2013, at 5:00 p.m., at the Commission's Denver Regional Office,

1801 California Street, Suite 1500, Denver, CO 80202, all non-privileged documents in its custody, control, or possession responsive to the August 30, 2012 administrative subpoena served on Projaris; and

IT IS FURTHER ORDERED that Projaris shall produce to the Commission staff on or before April 8, 2012, at 5:00 p.m., an affidavit stating that it has produced all responsive, non-privileged documents described in the preceding paragraph; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this matter for the purpose of giving full effect to this Order and to make such further orders and decrees or taking such action as may become necessary or appropriate to carry out the terms of this Order.

Dated: March 18, 2013

_____
UNITED STATES DISTRICT JUDGE