UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00367-CMA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Applicant,

v.

PROJARIS MANAGEMENT, LLC.

    Respondent.

## ORDER FINDING PROJARIS MANAGEMENT, LLC, JOE LAWLER, TIMOTHY LAWLER, AND BRANDT LAWLER BE HELD IN CONTEMPT AND IMPOSING COERCIVE SANCTIONS

On May 20, 2013, this Court issued an Order to Show Cause (Doc. # 14) why Projaris Management, LLC, Joe Lawler, Timothy Lawler, and Brandt Lawler should not be held in contempt. Projaris Management, LLC ("Projaris"), Joe Lawler, Timothy Lawler, and Brandt Lawler were each ordered to appear on June 3, 2013, at 1:30 p.m. to show cause why they should not be held in contempt for failing to cause Projaris to obey the Order of this Court that Projaris produce documents pursuant to a subpoena issued to Projaris by the Securities and Exchange Commission ("SEC") (Doc. # 11). The hearing was held as ordered. Projaris, Joe Lawler, Timothy Lawler, and Brandt Lawler each failed to appear and each failed to show cause why it or he should not be held in contempt.

The Court finds that the SEC has shown, by clear and convincing evidence, that a valid Order was issued by this Court.  The Court further finds that the SEC has shown, by clear and convincing evidence, that Projaris, Joe Lawler, Timothy Lawler, and Brandt Lawler were each given notice of the Order.  The Court further finds that the SEC has shown, by clear and convincing evidence, that Projaris, Joe Lawler, Timothy Lawler, and Brandt Lawler have each disobeyed the Order of this Court.  Accordingly, the Court finds it appropriate to hold Projaris, Joe Lawler, Timothy Lawler, and Brandt Lawler, each, in contempt.  The Court further finds that Projaris, Joe Lawler, Timothy Lawler, and Brandt Lawler have each engaged in a total and absolute failure and refusal to reply with this Court's Order.  Accordingly, the Court finds that the contemptuous conduct of Projaris, Joe Lawler, Timothy Lawler, and Brandt Lawler is sanctionable. In accordance with the Court's Findings, it is hereby

ORDERED that Projaris Management, LLC, pay a daily sanction of $5,000 per day until full compliance with this Court's March 18, 2013 Order (Doc. # 11) is attained.

IT IS FURTHER ORDERED that Joe Lawler pay a daily sanction of $500 per day until full compliance with this Court's March 18, 2013 Order (Doc. # 11) is attained. If full compliance is not attained within seven days of the date of this order, an arrest warrant shall issue, and the United States Marshal and his duly appointed Deputy Marshals are directed to arrest Joe Lawler and imprison him until full compliance with this Court's March 18, 2013 Order is attained or further Order of this Court.

IT IS FURTHER ORDERED that Timothy Lawler pay a daily sanction of $250 per day until full compliance with this Court's March 18, 2013 Order (Doc. # 11) is attained.

If full compliance is not attained within seven days of the date of this order, an arrest warrant shall issue, and the United States Marshal and his duly appointed Deputy Marshals are directed to arrest Timothy Lawler and imprison him until full compliance with this Court's March 18, 2013 Order is attained or further Order of this Court.

IT IS FURTHER ORDERED that Brandt Lawler pay a daily sanction of $250 per day until full compliance with this Court's March 18, 2013 Order (Doc. # 11) is attained. If full compliance is not attained within seven days of the date of this order, an arrest warrant shall issue, and the United States Marshal and his duly appointed Deputy Marshals are directed to arrest Brandt Lawler and imprison him until full compliance with this Court's March 18, 2013 Order is attained or further Order of this Court.

IT IS FURTHER ORDERED that Projaris shall provide notice of this Order to Joe Lawler, Timothy Lawler, and Brandt Lawler.

DATED:  June   06  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge