**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00367-CMA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

     Applicant,

v.

PROJARIS MANAGEMENT, LLC.,

     Respondent.

_____

**ORDER FOR ARREST OF JOE LAWLER FOR FAILURE TO APPEAR**
_____

Pursuant to 18 U.S.C. § 401, 15 U.S.C. § 78u(c), and Fed. R. Civ. P. 45(e), the Court finds and orders as follows:

(1) On June 6, 2013, the Court entered an order imposing coercive sanctions in the form of monetary fines on Joe Lawler and stating that if he failed to comply with the Court's March 18, 2013 Order (Doc. # 11) within seven (7) days of the date of that order, warrants will be issued for his arrest. (Doc. # 23.)

(2) On June 18, 2013, the Commission filed a status report (Doc. # 26) with this Court affirming that Joe Lawler had not complied with the Court's March 18, 2013 Order.

(3) The Court finds that Joe Lawler has disobeyed this Court's orders to comply with the administrative subpoena and to appear and thereby finds him in CONTEMPT of the Court. As this matter is a case or controversy

arising under federal law, the proper arresting authority is the United States Marshal's Service.

Accordingly, the Court hereby ORDERS that:

(1) Joe Lawler has been found in contempt of this Court's order and authority.

(2) A warrant for arrest shall be issued by the Clerk of the Court for Joe Lawler, citing contempt of court as the violation of law, and commanding the United States Marshal's Service to LOCATE, ARREST and DETAIN IN CUSTODY Joe Lawler, and to henceforth bring him to the Court for proceedings.

DATED: June __18__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge