**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00367-CMA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

PROJARIS MANAGEMENT, LLC,

    Respondent.

_____

**SPECIAL ORDER OF REFERENCE**
_____

    Pursuant to 28 U.S.C. § 636(b)(1)(A), The Court ORDERS that this matter be referred to United States Magistrate Judge David L. West FOR ALL CONTEMPT RELATED MATTERS ONLY.

    DATED: June 21, 2013

                                          BY THE COURT:

                                          _____
                                          Christine M. Arguello
                                          United States District Judge