**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00367-CMA

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

    Applicant,

v.

PROJARIS MANAGEMENT, LLC,

    Respondent.

---

## ORDER OF DISMISSAL

This matter was brought before this Court for Respondent's failure to comply with a subpoena for documents issued by the United States Securities and Exchange commission and properly served on Projaris Management, LLC.

Based on the statement by Magistrate Judge David L. West in the Minute Entry for proceedings held on July 23, 2013 (Doc. # 39), that Respondent Projaris and Interested Third-Party Joe Lawler "have now complied with the Subpoena," it is hereby

ORDERED that this case is DISMISSED.

DATED:  July __26__, 2013

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge